# SUSSMAN & ASSOCIATES
## - Attorneys at Law -

---

| MICHAEL H. SUSSMAN | 1 Railroad Ave. - Suite 3 | LEGAL ASSISTANT |
| JONATHAN R. GOLDMAN | P.O. Box 1005 | SARAH OSBORNE |
| | Goshen, New York 10924 | |
| | | CHRISTOPHER D. WATKINS |
| | (845) 294-3991 | of Counsel |
| | Fax: (845) 294-1623 | |
| | sussman1@frontiernet.net | |

April 22, 2020

**Via ECF**

Honorable Nelson S. Roman
United States District - SDNY
300 Quarropas Street
White Plains, NY 10601

    Re:  *Buon v. Newburgh Enlarged City School District*, 19 cv 6760 (NSR)

Dear Judge Roman,

    I represent plaintiff in this matter. First, I trust the court, its family and staff are all well and safe.

    Defendants seek leave to file a motion to dismiss the Amended Complaint. First, it remains my understanding that, as a *pro se* plaintiff, my client did properly serve each defendant. I expect to file proof of the service which she completed by the end of this week. Second, the Amended Complaint sufficiently sets forth facts, which, if proven at trial, would sufficiently predicate the discrimination and retaliation causes of action. Defendants' letter of April 15, 2009 does not provide any basis for challenging this, but rather makes conclusory statements to the contrary. Plaintiff was plainly subjected to adverse employment actions and her Amended Complaint sufficiently sets forth facts which would allow a finder of facts to conclude that impermissible bases underlay defendants' actions.

    Plaintiff would far prefer to engage in discovery and avert early motion practice which, I believe, will inevitably cause substantial delay in the resolution of this matter. Of course, I am also available for a conference, however held, to assist the Court in determining how to proceed.

                                        Respectfully submitted,

                                        Michael H. Sussman

cc:  Ms. Lineen