AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lisa Marie Spindler, et al
was received by me on *(date)* 8-1-19

☑ I personally served the summons on the individual at *(place)* 124 Grand Street Newburgh N.Y. 12550 on *(date)* 8-5-19 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Dr. Roberto Padilla, Superintendent who is designated by law to accept service of process on behalf of *(name of organization)* Newburgh Enlarged City School District on *(date)* 8-5-19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 9-2-19

_____
Server's signature

Esteban Morales
Printed name and title

93 Sarah Lane, Middletown NY 10941
Server's address

Additional information regarding attempted service, etc: