UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. LISA BUON,

                                        Plaintiff,                    19-CV-6760 (NSR)

            -  against  -

                                                                   **AFFIDAVIT**

THE NEWBURGH ENLARGED CITY SCHOOL
DISTRICT, ROBERT PADILLA, and LISA M.
SPINDLER,

                                        Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF ORANGE    )

      **DR. ROBERTO PADILLA**, swears to the truth of the following under the penalties of perjury:

      1.      I am the Superintendent of the Newburgh Enlarged City School District.

      2.      This Affidavit is based on my personal knowledge of the facts and circumstances involved and a review of the applicable records.

      3.      On or about August 5, 2019, I was handed an envelope from the school at which Dr. Buon is the Principal, Balmville Elementary School, by a man unknown to me.

      4.      The envelope contained one copy of a Summons and a handwritten list of individuals with the address of the District office underneath their names.

      5.      The envelope did not contain a Complaint.

      6.      The envelope and its contents were forwarded via Inter-office Mail to the District Clerk, Matthew McCoy.

7. I never represented to the man handing me the Balmville envelope that I had authority to accept service on behalf of Dr. Spindler. I never advised Dr. Buon that I had authority to accept service on behalf of Dr. Spindler.

8. I was never served with a Complaint or Amended Complaint in this matter.

9. The District Clerk was never served with a Complaint or Amended Complaint in this matter. Nor was anyone else in the District.

_____
**DR. ROBERTO PADILLA**

**Sworn to before me on this**
**22nd day of June, 2020**

_____
**NOTARY PUBLIC**

LEWIS R. SILVERMAN
Notary Public, State of New York
No. 02SI5049718
Qualified in Westchester County
Commission Expires Sept. 18, 20__