UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DR. LISA BUON,

                       Plaintiff,                  19-CV-6760 (NSR)

    -  against -

                                                     **AFFIDAVIT**

THE NEWBURGH ENLARGED CITY SCHOOL
DISTRICT, ROBERT PADILLA, and LISA M.
SPINDLER,

                       Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF ORANGE     )

      **MATTHEW MCCOY**, swears to the truth of the following under the penalties of perjury:

      1.     I am employed by the Newburgh Enlarged City School District ("the District") as the District Clerk.

      2.     This Affidavit is based on my personal knowledge of the facts and circumstances involved and a review of the applicable records.

      3.     In the capacity of District Clerk, one of my responsibilities is the receipt and maintenance of legal papers served on the District.

      4.     On August 6, 2019, I received one copy of a Summons from Dr. Buon that was forwarded to my office through Inter-Office Mail from the Superintendent's Office.

5. I never received the Summons in any other manner than Inter-Office Mail, but I now understand that the Superintendent was handed a Balmville envelope containing the Summons and list of names the day prior.

6. The Summons forwarded to me was not accompanied by a Complaint. The only thing with the Summons was a handwritten list of names, with the District address underneath them.

7. I was never served with a copy of a Complaint or Amended Complaint in this matter.

8. To my knowledge, the Superintendent was never served with a copy of the Complaint or Amended Complaint in this matter.

9. To my knowledge, Dr. Spindler was never personally served with the Summons and list of names and was never served with a Complaint or Amended Complaint in this matter.

10. To my knowledge, no one in the District has ever been served with a copy of the Complaint or Amended Complaint.

_____
MATTHEW MCCOY

Sworn to before me on this
____ day of June 2020

_____
NOTARY PUBLIC

LEWIS R. SILVERMAN
Notary Public, State of New York
No. 02SI5049718
Qualified in Westchester County
Commission Expires Sept. 18, 20__