UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DR. LISA BUON,

|  |  |  |
|---|---|---|
| | Plaintiff, | 19-CV-6760 (NSR) |

- against -

**AFFIDAVIT**

THE NEWBURGH ENLARGED CITY SCHOOL
DISTRICT, ROBERT PADILLA, and LISA M.
SPINDLER,

Defendants.
------------------------------------------------------------X

STATE OF NEW YORK      )
                                          ) ss:
COUNTY OF ORANGE      )

      **DR. LISAMARIE SPINDLER,** swears to the truth of the following under the penalties of perjury:

1.     I am the Assistant Superintendent of Curriculum and Instruction, Secondary for the Newburgh Enlarged City School District.

2.     This Affidavit is based on my personal knowledge of the facts and circumstances involved and a review of the applicable records.

3.     I have never been personally served with a Summons in this matter.

4.     I was never served via mail with a Summons in this matter.

5.     I never authorized Dr. Padilla to accept service of legal papers on my behalf.

6.     I never told Dr. Buon or anyone else that Dr. Padilla was authorized to accept service of legal papers on my behalf.

7.    As of this date, I have never been served with a Complaint or Amended

Complaint in this matter in any manner.

**DR. LISAMARIE SPINDLER**

**Sworn to before me on this**

_22_ **day of June, 2020**

**NOTARY PUBLIC**

DARLENA E. DECKER
Notary Public, State of New York
Registration No. 01GE6237813
Qualified in Orange County
Commission Expires March 28, _2023_