**JUDGE ROMAN**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Dr. Lisa Buon
_____
Plaintiff(s)

v.

Lisamarie Spindler, et al
_____
Defendant(s)

)
)
)
)
)
)
)
)
)
)
)
)

## 19 CV 6760

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

(See attached)



RECEIVED

AUG - 5 2019

OFFICE OF SUPT.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Dr. Lisa Buon
155 Neelytown Road
Montgomery, N.Y. 12549

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **JUL 1 9 2019**

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

RUBY J. KRAJICK

Lisamarie Spindler
124 Grand Street Newburgh NY 12550

Roberto Padilla
124 Grand Street Newburgh NY 12550

Ed Forgit
124 Grand Street Newburgh, NY 12550

Linda Smith
124 Grand Street Newburgh NY 12550

Stacy Moran
124 Grand Street Newburgh NY 12550

Carole Mineo
124 Grand Street Newburgh NY 12550

Gregory Kern
124 Grand Street Newburgh NY 12550

The Newburgh Enlarged City School District (NECSD)
124 Grand Street Newburgh NY 12550

The NECSD Board of Education
124 Grand Street Newburgh NY 12550

The Newburgh Teachers Association
124 Grand Street Newburgh NY 12550