

**Dr. Roberto Padilla**    **Superintendent of Schools**
Mr. Ed Forgit    Deputy Superintendent
Mr. Michael McLymore    Asst. Superintendent, Human Resources
Ms. Sara Feliz    Asst. Superintendent, Elementary Curriculum & Instruction
Dr. Lisamarie Spindler    Asst. Superintendent, Secondary Curriculum & Instruction
Mr. Gregory Kern    Asst. Superintendent, Finance
Mr. Chris Bayer    Asst. Superintendent, Exceptional Learners

July 22, 2019

Dr. Lisa Buon
155 Neelytown Road
Montgomery, NY 12549

Dear Dr. Buon,

At the regularly scheduled board meeting held on July 2, 2019, the Board of Education, having reviewed and considered the recommendation of Dr. Roberto Padilla, Superintendent of Schools, terminated your appointment as South Middle School Principal in the Middle School Principal tenure area, effective August 2, 2019 and the Board of Education returned you to a tenured Elementary Principal tenure area position at Balmville Elementary School, effective August 3, 2019. The following excerpt will appear within the minutes of the meeting:

### RESOLUTION # 070219

**BE IT RESOLVED**, that pursuant to sections 2509, 3031 and 3019-a of the Education Law, the Board, having reviewed and considered the recommendation of Dr. Roberto Padilla, Superintendent of Schools, hereby terminates the probationary appointment of Dr. Lisa Buon as South Middle School Principal in the Middle School Principal tenure area, effective close of business on August 2, 2019; and

~~BE IT FURTHER RESOLVED, that the Board of Education hereby returns Dr. Lisa Buon tenured Elementary School Principal tenure area position and appoints Dr. Buon as Balmville Elementary School Principal, effective August 3, 2019, as a step of the Elementary Principal salary schedule (pro-rated)~~

Please feel free to contact me with any questions or concerns you may have regarding this appointment.

Sincerely,

*Michael McLymore*

Michael McLymore
Assistant Superintendent for Human Resources

MM:tc

Cc:    Personnel File



**Dr. Roberto Padilla**
Mr. Ed Forgit
Mr. Michael McLymore
Ms. Sara Feliz
Dr. Lisamarie Spindler
Mr. Gregory Kern
Mr. Chris Bayer

**Superintendent of Schools**
Deputy Superintendent
Asst. Superintendent, Human Resources
Asst. Superintendent, Elementary Curriculum & Instruction
Asst. Superintendent, Secondary Curriculum & Instruction
Asst. Superintendent, Finance
Asst. Superintendent, Exceptional Learners

July 22, 2019

Dr. Lisa Buon
155 Neelytown Road
Montgomery, NY 12549

Dear Dr. Buon,

At the regularly scheduled board meeting held on July 2, 2019, the Board of Education, having reviewed and considered the recommendation of Dr. Roberto Padilla, Superintendent of Schools, terminated your appointment as South Middle School Principal in the Middle School Principal tenure area, effective August 2, 2019 and the Board of Education returned you to a tenured Elementary Principal tenure area position at Balmville Elementary School, effective August 3, 2019. The following excerpt will appear within the minutes of the meeting:

### RESOLUTION # 070219



**BE IT FURTHER RESOLVED,** that the Board of Education hereby returns Dr. Buon to a tenured Elementary School Principal tenure area position, and assigns Dr. Buon as Balmville Elementary School Principal, effective August 3, 2019, at Step 14 of the Elementary Principal salary schedule. (pro-rated)

Please feel free to contact me with any questions or concerns you may have regarding this appointment.

Sincerely,

Michael McLymore
Assistant Superintendent for Human Resources

MM:tc

Cc:    Personnel File