UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DR. LISA BUON,

                        Plaintiff,                        19 CV 6760 (NSR)

  -against-

NEWBURGH ENLARGED CITY SCHOOL DISTRICT,
ROBERTO PADILLA, LISAMARIE SPINDLER,

        Defendants.
-------------------------------------------------------------------x

### DECLARATION OF DR. LISA BUON

Dr. Lisa Buon, having been duly sworn, hereby declares under the pains and penalties of perjury:

1. I am the plaintiff in this matter and make this Declaration to my personal knowledge.

2. I have previously filed proof of service of the Summons and Complaint in this matter upon Superintendent Robert Padilla. Both documents were served upon him, not merely the Summons. I provided these documents to the process server and they were served.

3. In this manner, the documents were served upon the school district, the Superintendent and Ms. Spindler. As per district policy, the Superintendent is authorized to accept such service of process for district central office administrators like Ms. Spindler.

                                                        */s/ Lisa Buon*
                                                        Dr. Lisa Buon

July 23, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Dr. Lisa Buon

                Plaintiff,

-against-

Newburgh Enlarged City School District, et al.

                Defendants.
------------------------------------------------------------X

No. 19-cv-6760 (NSR)

## CERTIFICATE OF SERVICE

I hereby certify that, on July 24, 2020 a true and correct copy of the Memoradum of Law in Opposition to Defendants' Motion to Dismiss and Declaration of Dr. Lisa Buon were mailed by U.S. Postal Service, Overnight Mail to:

Caroline Lineen, Esq.
Silverman & Associates
445 Hamilton Ave, #1102
White Plains, NY 10601

Dated: Goshen, New York
       July 24, 2020

                                                Sarah Osborne
                                                Legal Assistant