UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DR. LISA BUON,

                            Plaintiff,

      -against-

LISAMARIE SPINDLER, ROBERTO PADILLA,
ED FORGIT, LINDA SMITH, STACY MORAN,
CAROLE MINEO, GREGORY KERN,
THE NEWBURGH ENLARGED CITY SCHOOL
DISTRICT (NECSD), THE NECSD BOARD OF
EDUCATION, and THE NEWBURGH TEACHERS'
ASSOCIATION,

                        Defendants.

Index No.7:19-cv-6760 (NSR)

---

## STIPULATION OF DISCONTINUANCE AS TO DEFENDANTS NEWBURGH TEACHERS' ASSOCIATION, LINDA SMITH, AND STACY MORAN

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for plaintiff Dr. Lisa Buon, and defendants Lisamarie Spindler, Roberto Padilla, Ed Forgit, Linda Smith, Stacy Moran, Carole Mineo, Gregory Kern, The Newburgh Enlarged City School District (NECSD), the NECSD Board of Education, and the Newburgh Teachers' Association in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, plaintiff hereby discontinues and dismisses, with prejudice, without costs or fees to either party as against the other, all claims brought against defendants Newburgh Teachers' Association, Stacy Moran and Linda Smith, including

all claims for relief that plaintiffs have or could have in this action against defendants

Newburgh Teachers' Association, Stacy Moran and Linda Smith.

This Stipulation may be filed without further notice with the Clerk of Court.


Dated: _8\12\20_                           Dated: _8/13/20_

SUSSMAN & ASSOCIATES                       ROBERT T. REILLY, ESQ.

By: _____                      By: _Jennifer N. Coffey_

Michael H. Sussman, Esq.                   Jennifer N. Coffey, Esq.
Bar Roll No.: 3497                         Bar Roll No.: 0818
Attorney for Plaintiff                     Attorney for Defendant
PO Box 105                                 Newburgh Teachers' Association
1 Railroad Avenue                          800 Troy-Schenectady Road
Goshen, NY 10924                           Latham, NY 12110
Tel: (845)                                 Tel: (518) 213-6000
Email: sussman1@frontiernet.net            Email: jcoffey@nysutmail.org


Dated: _8/13/20_

SILVERMAN & ASSOCIATES

By: _Caroline B. Lineen_

Caroline B. Lineen, Esq.
Bar Roll No.: 0630
Attorney for District Defendants
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
Tel: (914) 574-4510
Email: czacholl@silvermanandassociatesny.com


SO ORDERED:

Dated: _____


_____
Hon. Nelson S. Román, U.S. District Judge


142900

2