UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2020

DR. LISA BUON,

                      Plaintiff,

-against-

LISAMARIE SPINDLER, ROBERTO PADILLA,
ED FORGIT, LINDA SMITH, STACY MORAN,
CAROLE MINEO, GREGORY KERN,
THE NEWBURGH ENLARGED CITY SCHOOL
DISTRICT (NECSD), THE NECSD BOARD OF
EDUCATION, and THE NEWBURGH TEACHERS
ASSOCIATION,

                      Defendants.

Index No.7:19-cv-6760 (NSR)

## STIPULATION OF DISCONTINUANCE AS TO DEFENDANTS NEWBURGH TEACHERS' ASSOCIATION, LINDA SMITH, AND STACY MORAN

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for plaintiff Dr. Lisa Buon, and defendants Lisamarie Spindler, Roberto Padilla, Ed Forgit, Linda Smith, Stacy Moran, Carole Mineo, Gregory Kern, The Newburgh Enlarged City School District (NECSD), the NECSD Board of Education, and the Newburgh Teachers' Association in the above-captioned action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, plaintiff hereby discontinues and dismisses, with prejudice, without costs or fees to either party as against the other, all claims brought against defendants Newburgh Teachers' Association, Stacy Moran and Linda Smith, including

all claims for relief that plaintiffs have or could have in this action against defendants Newburgh Teachers' Association, Stacy Moran and Linda Smith.

This Stipulation may be filed without further notice with the Clerk of Court.

Dated: 8/12/20

SUSSMAN & ASSOCIATES

By: _____
Michael H. Sussman, Esq.
Bar Roll No.: 3497
Attorney for Plaintiff
PO Box 105
1 Railroad Avenue
Goshen, NY 10924
Tel: (845)
Email: sussman1@frontiernet.net

Dated: 8/13/20

ROBERT T. REILLY, ESQ.

By: _____
Jennifer N. Coffey, Esq.
Bar Roll No.: 0818
Attorney for Defendant
Newburgh Teachers' Association
800 Troy-Schenectady Road
Latham, NY 12110
Tel: (518) 213-6000
Email: jcoffey@nysutmail.org

Dated: 8/13/20

SILVERMAN & ASSOCIATES

By: _____
Caroline B. Lineen, Esq.
Bar Roll No.: 0630
Attorney for District Defendants
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
Tel: (914) 574-4510
Email: czacholl@silvermanandassociatesny.com

SO ORDERED:

Dated: August 26, 2020

_____
Hon. Nelson S. Román, U.S. District Judge

142900