**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LISA BUON,

                Plaintiff,

    -against-                              19 **CIVIL** 6760 (NSR)

                                               **JUDGMENT**

LISAMARIE SPINDLER, et al,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 18, 2021, Defendants' motion to dismiss the FAC is GRANTED as follows: the claims against Defendants Spindler and Padilla are dismissed for lack of proper service; Plaintiff's claim for hostile work environment is deemed withdrawn; and the claims as asserted in the FAC are dismissed pursuant to Rule 12(b)(6) for failure to assert plausible claims. Although Plaintiff initiated her Complaint pro se, the FAC and subsequent briefing were filed with the assistance of counsel. Because the Court finds that notwithstanding service issues, the FAC would nevertheless be properly dismissed, the FAC is dismissed with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      March 18, 2021

                                                    **RUBY J. KRAJICK**
                                                    **Clerk of Court**
                              **BY:**     _K. Mango_
                                                    **Deputy Clerk**